UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BYRIAN L. FULTON, et al.,

    Plaintiffs,

vs.                                                    Case No. 13-CV-414

GOLPER SUPPLY COMPANY, INC., et al.,

    Defendants.

---

## STIPULATION FOR DISMISSAL OF ALL CLAIMS

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims and causes of action may be dismissed upon the merits, with prejudice and without costs or attorney fees to either party.

Dated this 16th day of July, 2014.

                                          WALCHESKE & LUZI, LLC
                                          Counsel for the Plaintiffs

                                          By:  *s/ James A. Walcheske*
                                          James A. Walcheske, State Bar No. 1065635
                                          200 South Executive Drive, Suite 101
                                          Brookfield, Wisconsin 53005

Dated this 16th day of July, 2014.

                                          VAN LIESHOUT LAW OFFICE
                                          Counsel for the Defendants

                                          By:  *s/ David J. Van Lieshout*
                                          David J. Van Lieshout, State Bar No. 1012641
                                          122 East Main Street
                                          Little Chute, Wisconsin 54140